UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFREDO P. GONZALEZ,<br><br>                        Plaintiff,<br><br>-against-<br><br>BAD BOY ENTERTAINMENT; CEO, SEAN P. DIDDY COMBS,<br><br>                        Defendants. | 24cv3460 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 13, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge